UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KEVIN D. BRYANT,

    Plaintiff,

    v.

UNKNOWN,

    Defendant.

Case No. 15-cv-01306-PJH

**ORDER OF DISMISSAL**

This case was opened when plaintiff wrote a letter to the court regarding prison conditions. In an effort to protect his rights, it was filed as a new case. Plaintiff was informed that he had not filed a complaint and was given twenty-eight days to do so. He also was sent a notice that he had not paid the filing fee or applied for leave to proceed in forma pauperis ("IFP"); again, he was allowed twenty-eight days to either pay the fee or file the application. A copy of the court's form for applications to proceed IFP was provided with the notice, along with a return envelope.

Despite being provided an extension, plaintiff has not filed a complaint or an IFP application. This case is therefore **DISMISSED** without prejudice. No fee is due. The clerk shall close the file.

**IT IS SO ORDERED.**

Dated: June 15, 2015

_____
PHYLLIS J. HAMILTON
United States District Judge

\\CANDOAK\Data\Users\PJHALL\_psp\2015\2015_01306_Bryant_v_Unknown_(PSP)\15-cv-01306-PJH-_dis_ifp.docx

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN D. BRYANT,<br><br>        Plaintiff,<br><br>    v.<br><br>UNKNOWN,<br><br>        Defendant. | Case No.  15-cv-01306-PJH<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 16, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kevin D. Bryant ID: D-56620
Kern Valley State Prison
P.O. Box 8101
San Luis Obispo, CA 93409-8101

Dated: June 16, 2015

                                          Richard W. Wieking
                                          Clerk, United States District Court

                                          By:_____
                                          Nichole Peric, Deputy Clerk to the
                                          Honorable PHYLLIS J. HAMILTON